UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LORI APPLEGATE**, | Civil Case No. 3:13-CV-02295-KI |
| Plaintiff, | |
| | JUDGMENT |
| v. | |
| **COMMISSIONER SOCIAL SECURITY ADMINISTRATION**, | |
| Defendant. | |

    Bruce W. Brewer
    Law Offices of Bruce W. Brewer, PC
    P. O. Box 421
    West Linn, OR 97068

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Ronald K. Silver
Adrian L. Brown
United States Attorney's Office
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902

Jordan D. Goddard
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant

KING, Judge:

      Based on the record,

      The decision of the Commissioner is reversed.  This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing.

      Dated this   22nd   day of April, 2015.

                                 /s/ Garr M. King
                                 Garr M. King
                                 United States District Judge